No. 1201, October Term, 1941. ENGINEERS CLUB OF PHILADELPHIA *v.* UNITED STATES. October 12, 1942. 316 U. S. 700.

No. 1208, October Term, 1941. HASTINGS *v.* HUDSPETH, WARDEN. October 12, 1942. 316 U. S. 692.

No. 1215, October Term, 1941. PRICE *v.* NATIONAL SURETY CORP. October 12, 1942. 316 U. S. 683.

No. 1230, October Term, 1941. WEIDHAAS *v.* LOEW'S INC. ET AL. October 12, 1942. 316 U. S. 684.

No. 1232, October Term, 1941. HOWARD *v.* UNITED STATES EX REL. ALEXANDER ET AL. October 12, 1942. 316 U. S. 699.

No. 1237, October Term, 1941. CONCORD COMPANY *v.* WILLCUTS ET AL., EXECUTORS. October 12, 1942. 316 U. S. 705.

No. 1248, October Term, 1941. HODGES *v.* OCEAN ACCIDENT & GUARANTEE CORP. October 12, 1942. 316 U. S. 693.

No. 1284, October Term, 1941. BARRETT *v.* WILLIAMSON. October 12, 1942. 316 U. S. 703.

No. 903, October Term, 1941. PEYTON *v.* RAILWAY EXPRESS AGENCY, INC., ET AL. October 12, 1942. The petition for rehearing and the motion to recall the mandate and retax costs are denied. See 316 U. S. 350.